ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@gordonrees.com
ERIC R. DEITZ (SBN: 222565)
edeitz@gordonrees.com
CARRIE A. STRINGHAM (SBN: 272731)
cstringham@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
SOUTHEAST PERSONNEL LEASING, INC.

Rafael G. Nendel-Flores CA Bar No. 223358
rafael.nendel-flores@ogletreedeakins.com
Michael E. Olsen CA Bar No. 307358
michael.Olsen@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
695 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (714) 800-7900
Facsimile: (714) 754-1298

Attorneys for Defendant
PACKARD CLAIMS ADMINISTRATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PAYROLL OUTSOURCING, INC. dba APO STAFFING, INC., A NEVADA CORPORATION,<br><br>Plaintiff.<br><br>vs.<br><br>SOUTHEAST PERSONNEL LEASING, INC., A FLORIDA CORPORATION, PACKARD CLAIMS ADMINISTRATION, INC., A FLORIDA CORPORATION, AND DOES 1 THRUGH 50,<br><br>Defendants | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

-1-

NOTICE OF REMOVAL OF ACTION
CASE NO. _____

PLEASE TAKE NOTICE that defendants SOUTHEAST PERSONNEL LEASING, INC. ("SPLI"), and PACKARD CLAIMS ADMINISTRATION, INC. ("Packard") (collectively, "Defendants"), hereby seek removal of the above-entitled action from the Superior Court of the State of California in and for the County of Fresno to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. §§ 1332 and 1441(b), based on diversity of citizenship jurisdiction.

In support of this Notice of Removal, SPLI and Packard, through their counsel, state as follows:

## PROCEDURAL BACKGROUND

1. Plaintiff AMERICAN PAYROLL OUTSOURCING, INC dba APO Staffing, Inc. ("Plaintiff") commenced this action by filing a Complaint in the Superior Court of the State of California for the County of Fresno on November 29, 2016, styled *American Payroll Outsourcing, Inc. v. South East Personnel Leasing, Inc. et al.,* Case No.: 16CECG03842 (the "State Court Action"). See Complaint, attached hereto as Ex. A.

2. Plaintiff served SPLI on January 16, 2017, and served Packard, the same day.

3. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is being filed within 30 days from the date on which Defendants were served with the Complaint.

## BASIS FOR REMOVAL

4. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and one which may be removed to this Court by SPLI pursuant to the provisions of 28 U.S.C. § 1441(b) as there is complete diversity of citizenship among Plaintiff and Defendants and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. As alleged on the face of the Complaint, Plaintiff is a Nevada

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

corporation with its principal place of business in Fresno, California (See, Complaint, ¶ 1.) SPLI is a Florida corporation with its principal place of business and main office in Florida. (See, Complaint, ¶ 2.) Packard is also a Florida corporation with its principal place of business and main office in Florida. (See, Complaint, ¶ 3.) SPLI and Packard are the only two named defendants named in this lawsuit. Because Plaintiff is a citizen of Nevada and California, and Defendants are citizens of Florida, there is complete diversity between the parties.

6. Plaintiff alleges multiple breaches by Defendants of various provisions of a Client Leasing Agreement entered into by the parties, and damages related to just one breach in the amount of $138,000.00. (See Complaint, ¶19.) Plaintiff also seeks statutory attorney fees and injunctive relief, which places the amount in controversy above $75,000.00.

7. As a result, the amount in controversy satisfies the jurisdictional requirement of this Court.

## VENUE

8. Removal to this Court is proper because the State Court Action was filed and is pending within this district and division. Plaintiff filed this action in the Superior Court of the State of California for the County of Fresno, which is located within the federal United States District Court for the Eastern District of California.

## COMPLIANCE WITH REMOVAL PROCEDURES

9. Defendants have complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446. As noted above, the Notice of Removal is filed within 30 days of the service of the lawsuit.

10. Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, is being served on counsel for Plaintiff.

11. Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, will be filed with the Superior Court of the State of California for the

1  County of Fresno, in Case No.: 16CECG03842.

2      12.    Copies of all process, pleadings and orders served on Defendants are
3  attached hereto as Exhibit A.

4      13.    All named Defendants seek removal of this action.

5  WHEREFORE, for the foregoing reasons, SPLI and Packard jointly petition
6  to remove the State Court Action from the Superior Court of the State of California
7  for the County of Fresno to the United States District Court for the Eastern District
8  of California, and respectfully request the Court exercise jurisdiction over this
9  matter.

10  Dated: February 15, 2017        GORDON & REES LLP

By: _____
Roger M. Mansukhani
Eric R. Deitz
Carrie A. Stringham
Attorneys for Defendants
SOUTHEAST PERSONNEL LEASING, a Florida Corporation

18  DATED: February 16, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Rafael G. Nendel-Flores
Michael E. Olsen

Attorneys for Defendant
PACKARD CLAIMS ADMINISTRATION, INC.

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1132259/31693552v.1

-4-

NOTICE OF REMOVAL OF ACTION
CASE NO. _____